FELIX ISMAN, INC., Appellant, v. AUGUST HECKSCHER, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith and Merrell, JJ.; Clarke, P. J., dissented.

HERMANN H. FAJEN and Another, Appellants, v. HUDSON TRANSPORTATION COMPANY, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith and Merrell, JJ.

SIEGBERT LEWIN, Respondent, v. AARON HECHT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith and Merrell, JJ.

HARRY J. WAAS v. GEORGE A. LOEFFLER, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

CHARLES SMITH v. EDWIN DUFFEY, as Commissioner of Highways.— Motion to dismiss appeal granted, without costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ARTHUR SELWYN BROWN v. SUPERNO COMPANY, INC.— Motion to dismiss appeal granted, without costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

PATRICK WHITE v. PETER P. CAPPELL.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P, J., Dowling, Smith, Page and Philbin, JJ.

JOSEPH SENCHUCK, an Infant, etc., v. WILLIAM J. FITZGERALD.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ROSE MULVEY and Others, as Administrators, etc., v. HOTEL MARTINIQUE, INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

HENRY RYDER v. TRUSTEES OF SAILORS SNUG HARBOR and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. OTTO BANG.— Motion to dismiss appeal denied, with leave to renew motion unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

In the Matter of MARY A. SECOR, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM W. HERMAN v. JAMES A. HAMILTON, Individually and as Commissioner, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present— Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BENJAMIN ASCHER v. ROBERT ADAMSON, as Fire Commissioner, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.